United States District Court
Southern District of Texas
**ENTERED**
October 17, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STANFORD HILL JR., | |
| Plaintiffs, | Case No.: 4:19-cv-03016 |
| v. | Honorable Judge Peter Bray |
| AP ACCOUNT SERVICES, LLC, | |
| Defendant. | |

### ORDER ON PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Stanford Hill Jr. ("Plaintiff"), by and through his attorneys, Sulaiman Law Group, Ltd. having filed with this Court his Notice of Voluntary Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

Dated: Oct 16, 2019

_____
Judge, U.S. District Court

1